EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Noemí E. Acaron Benn | 2007 TSPR 142<br><br>171 DPR \_\_\_\_ |

Número del Caso: TS-10788


Fecha: 20 de julio de 2007


Abogada de la Parte Peticionaria:

        Por Derecho Propio


Colegio de Abogados de Puerto Rico:

        Lcdo. José M. Montalvo Trías
        Director Ejecutivo



Materia: Baja voluntaria del ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

                                    TS-10788
Noemí E. Acaron Benn

Sala de Verano integrada por el Juez Asociado señor Rebollo López como su Presidente y las Juezas Asociadas señora Fiol Matta y señora Rodríguez Rodríguez

RESOLUCION

San Juan, Puerto Rico, a 20 de julio de 2007

Examinada la Moción Solicitando Renuncia Voluntaria al Ejercicio de la Abogacía presentada la Lcda. Noemí E. Acaron Benn así como la Moción en Contestación a Resolución presentada por el Colegio de Abogados el 24 de mayo de 2007, se autoriza a la Lcda. Noemí E. Acaron Benn a darse de baja voluntaria del ejercicio de la profesión de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo